James T. Outterson, as Administrator, etc., Respondent, v. Frank Dilts. Appellant.—Judgment reversed on the exceptions and a new

trial ordered, with costs to abide the event. Opinion by Hardin, P. J.